RICHARD PASCH, BY HIS NEXT FRIEND, ELIZABETH PASCH, AND ELIZABETH PASCH, INDIVIDUALLY, PLAINTIFFS, v. CHARLES STENBERG, DEFENDANT.

Submitted October 15, 1929—Decided December 30, 1929.

Before Justices PARKER, BLACK and BODINE.

For the plaintiffs, *Andrew O. Wittreich.*

For the defendant, *William B. Stites.*

PER CURIAM.

A boy, while playing ball in Union City, New Jersey, was struck and injured by defendant's automobile. The jury returned a verdict in favor of the boy's mother for $1,000 for expenses incurred by her, and a verdict in favor of the lad for $1,250.

The plaintiffs' rule for a new trial rests on the issue of the adequacy of the damages in favor of the boy. In the light of the testimony of plaintiffs' physician that he has made a complete recovery and that he merely suffers from a little toeing-in, it is unnecessary to disturb the verdict of the jury.

The rule will be discharged.